IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01623-REB-MJW

SUZANNE KENNEDY, on behalf of herself and all others similarly situated,

Plaintiff(s),

v.

THE COCA-COLA COMPANY,
GERBER PRODUCTS COMPANY,
HAIN CELESTIAL GROUP, INC.,  and
MOTT'S INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     The Unopposed, Joint Motion for Entry of Protective Order and Document Production Protocol (docket no. 40) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 40 -1) is APPROVED as amended in paragraph no. 3 and made an Order of Court.  The written Document Production Protocol (docket no. 40 -2) is APPROVED and made an Order of Court.

Date:   December 8, 2010