IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01623-WJM-MJW

SUZANNE KENNEDY, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

THE COCA-COLA COMPANY,
GERBER PRODUCTS COMPANY,
HAIN CELESTIAL GROUP, INC.,
and MOTT'S INC.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING A DECISION FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

( Docket no. 61 )

The Court has considered the parties' Joint Motion for an Order Staying All Proceedings Pending a Decision from the Judicial Panel on Multidistrict Litigation on the Pending Motion to Transfer and Consolidate this Action and Four Related Actions in the District of Massachusetts. The Court finds good cause for the request and hereby GRANTS the joint motion.

IT IS HEREBY ORDERED that all proceedings in this case shall be stayed pending the Judicial Panel on Multidistrict Litigation's decision on the pending motion to transfer.

sf-2956609

IT IS FURTHER ORDERED that Defendants shall file a notice of the Panel's ruling within seven days after a ruling is issued.

Dated: February 17, 2011

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO